# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McBryde, John H. | U.S.Dist. Ct., N. Dist. of TX | 03/26/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U.S. District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

501 West 10th Street
U.S. Courthouse, Room 401
Fort Worth, Texas 76102-3642

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS AND UNITS OF OWNERSHIP (2-18): | | | | | | | | | |
| 2. Caterpillar Tractor | C | Dividend | M | T | | | | | |
| 3. Chevron Corp. | D | Dividend | M | T | | | | | |
| 4. Exxon Mobil Corp. | D | Dividend | M | T | | | | | |
| 5. General Electric Co. | B | Dividend | K | T | | | | | |
| 6. The B.F. Goodrich Co. | A | Dividend | M | T | | | | | |
| 7. ICO, Inc. | | None | J | T | | | | | |
| 8. IBM | B | Dividend | L | T | | | | | |
| 9. Johnson & Johnson | D | Dividend | M | T | | | | | |
| 10. Permian Basin Royalty Trust | D | Dividend | M | T | | | | | |
| 11. San Juan Basin Royalty Trust | D | Dividend | L | T | | | | | |
| 12. Weyerhaeuser Co. | B | Dividend | K | T | | | | | |
| 13. Intel Corp. | A | Dividend | J | T | | | | | |
| 14. Plains All American Pipeline, L.P. | A | Dividend | J | T | | | | | |
| 15. Bristol-Meyers Squibb Co. | A | Dividend | K | T | | | | | |
| 16. FirstEnergy Corp. | A | Dividend | J | T | | | | | |
| 17. EnPro Industries | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 3M Co. | A | Dividend | K | T | | | | | |
| 19. ************************ | | | | | | | | | |
| 20. BANK ACCOUNTS (21-22): | | | | | | | | | |
| 21. Frost Nat'l. Bank | A | Interest | J | T | | | | | |
| 22. Community Trust Bank | A | Interest | N | T | Open | 07/13/11 | N | | See p. 8 |
| 23. ************************ | | | | | | | | | |
| 24. MUNICIPAL BONDS: | | | | | | | | | |
| 25. Tarrant Co. TX Hsg. Fin. Corp. Rev. Single Fam. Mtg. | A | Interest | J | W | | | | | |
| 26. ************************ | | | | | | | | | |
| 27. MUTUAL FUNDS (NON-IRA) (28-37): | | | | | | | | | |
| 28. Eaton Vance Nat. Muni Fund | D | Dividend | M | T | | | | | |
| 29. Fidelity Investments - Magellan Fund | | None | | | Sold | 03/24/11 | N | | See p. 8 |
| 30. Fidelity Investments - Puritan Fund | D | Dividend | N | T | | | | | |
| 31. T. Rowe Price-High Yield Fund | D | Dividend | L | T | | | | | |
| 32. Vanguard Group-Intermediate Muni Bond Fund | B | Dividend | L | T | | | | | |
| 33. Vanguard Group - Long-term Muni Bond Fund | B | Dividend | K | T | | | | | |
| 34. Vanguard Tax Exempt Money Market Fund | A | Dividend | L | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nuveen Select Quality Muni Fund | C | Dividend | L | T | | | | | |
| 36. Vanguard International Growth Fund | C | Dividend | M | T | | | | | |
| 37. Vanguard International Value Fund | | None | | | Sold | 03/24/11 | M | | See p. 8 |
| 38. ************************* | | | | | | | | | |
| 39. MUTUAL FUNDS - (Roth IRAs) (40-46): | | | | | | | | | |
| 40. Vanguard Group-Wellington Fund | D | Dividend | N | T | | | | | |
| 41. Vanguard Group-GNMA Fund | D | Dividend | M | T | | | | | |
| 42. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 43. Vanguard Equity Income Fund | D | Dividend | N | T | | | | | |
| 44. Vanguard Windsor Fund | B | Dividend | M | T | | | | | |
| 45. Vanguard Primecap Fund | B | Dividend | L | T | | | | | |
| 46. Vanguard Group-Long Term Corp. Fund | E | Dividend | N | T | | | | | |
| 47. ************************ | | | | | | | | | |
| 48. MUTUAL FUNDS (Traditional IRAs) (49-52) | | | | | | | | | |
| 49. Vanguard Group - Wellington Fund | A | Dividend | K | T | | | | | See p. 8 |
| 50. T.R. Price High Yield Fund | E | Dividend | N | T | | | | | See p. 8 |
| 51. Fidelity Inv. Int'l Discovery Fund | B | Dividend | | | | | | | See p. 8 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Inv. GMNA Fund | | None | M | T | | | | | See p. 8 |
| 53. ************************* | | | | | | | | | |
| 54. OTHER (55-56): | | | | | | | | | |
| 55. U.S. Treas. Notes & Bonds | E | Interest | O | T | | | | | |
| 56. Sherman Co. TX Min. Int. | A | Royalty | J | W | | | | | |
| 57. ************************* | | | | | | | | | |
| 58. LIFE INSURANCE POLICIES: | | | | | | | | | |
| 59. Allianz Life Ins. Co.-Whole Life Ins. Policy | A | Dividend | J | T | | | | | |
| 60. MONY Life Ins. Co. - Whole Life Ins. Policy | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VIII. INVESTMENTS.

Dividends on the non-IRA mutual funds (items 28-37) are reinvested as declared except the T. Rowe Price-High Yield Fund and Nuveen Fund.

The royalty income in relation to the Sherman County, Texas, mineral interest (item 56) was received from BP American Production Co.

All items of property listed in Section VII are the _____ property _____ _____ _____

The traditional IRA account shown as item 49 _____. An RMD was withdrawn from that account in late 2011 with a Value Code of J.

Funds received from the sale of the Fidelity Investments Magellan Fund (item 29) and the Vanguard International Value Fund (item 37) were used to open the Community Trust Bank account (item 22).

The T.R. Price High Yield Fund and the Fidelity International Discovery Fund (items 50 and 51) are the same mutual funds that are shown on my Financial Disclosure Report for the reporting period January 1, 2010, to December 31, 2010, as items 40 and 43, Roth IRA mutual funds. In October 2011 I recharacterized those two funds as traditional IRAs. The recharacterization did not cause there to be any change in the values or incomes related to the funds during the January 1, 2011 to December 31, 2011 reporting period.

On December 5 I made my required mandatory withdrawal from my traditional IRAs from the Fidelity Investment International Discovery Fund (item 51) in an amount within the K Value Code.

On December 23 I had my Fidelity Investment International Discovery Fund account (item 51) transferred into a Fidelity Investment GMNA Fund account (item 52).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John H. McBryde**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544